**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Yeremey O. Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
　　　　ykrivoshey@bursor.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN SLAUGHTER, etc., <br><br> Plaintiffs, <br><br> v. <br><br> VIRGIN SCENT, INC., D/B/A ARTNATURALS, INC., and DOES 1-10,, <br><br> Defendants. | Case No.: 2:21-cv-02875-PSG-E <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| KAILA SAIKI AND RAYMOND SAIKI, etc., <br><br> Plaintiffs, <br><br> v. <br><br> VIRGIN SCENT, INC., D/B/A ARTNATURALS, INC., <br><br> Defendants. | |

NOTICE OF DISMISSAL WITH PREJUDICE
CASE NO. 2:21-CV-02875-PSG-E

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

    Plaintiffs voluntarily dismiss their claims with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: November 1, 2023　　　**BURSOR & FISHER, P.A**.

　　　　　　　　　　　　　　　By:　*/s/ Yeremey O. Krivoshey*
　　　　　　　　　　　　　　　　　　Yeremey O. Krivoshey

　　　　　　　　　　　　　　　L. Timothy Fisher (State Bar No. 191626)
　　　　　　　　　　　　　　　Yeremey O. Krivoshey (State Bar No. 295032)
　　　　　　　　　　　　　　　1990 North California Blvd., Suite 940
　　　　　　　　　　　　　　　Walnut Creek, CA 94596
　　　　　　　　　　　　　　　Telephone: (925) 300-4455
　　　　　　　　　　　　　　　Facsimile: (925) 407-2700
　　　　　　　　　　　　　　　E-mail: ltfisher@bursor.com
　　　　　　　　　　　　　　　　　　　ykrivoshey@bursor.com

　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*