| | |
|---|---|
| 1 | **BURSOR & FISHER, P.A.** |
| 2 | L. Timothy Fisher (State Bar No. 191626)<br>Yeremey O. Krivoshey (State Bar No. 295032) |
| 3 | 1990 North California Blvd., Suite 940<br>Walnut Creek, CA 94596 |
| 4 | Telephone: (925) 300-4455 |
| 5 | Facsimile: (925) 407-2700<br>E-mail: ltfisher@bursor.com |
| 6 |        ykrivoshey@bursor.com |
| 7 | *Attorneys for Plaintiffs* |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| LAUREN SLAUGHTER, etc., | Case No.: 2:21-cv-02875-PSG-Ex |
|---|---|
| Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE / ORDER [80]** |
| v. | |
| VIRGIN SCENT, INC., D/B/A ARTNATURALS, INC., and DOES 1-10,, | |
| Defendants. | |
| KAILA SAIKI AND RAYMOND SAIKI, etc., | |
| Plaintiffs, | |
| v. | |
| VIRGIN SCENT, INC., D/B/A ARTNATURALS, INC., | |
| Defendants. | |

NOTICE OF DISMISSAL WITH PREJUDICE
CASE NO. 2:21-CV-02875-PSG-E

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD

    Plaintiffs voluntarily dismiss their claims with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

| | |
|---|---|
| Dated: November 1, 2023 | **BURSOR & FISHER, P.A**. |
| | By:   /s/ Yeremey O. Krivoshey |
| |       Yeremey O. Krivoshey |

L. Timothy Fisher (State Bar No. 191626)
Yeremey O. Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
        ykrivoshey@bursor.com

*Attorneys for Plaintiffs*

DATE: November 3, 2023

IT IS SO ORDERED

_____
Hon. Philip S. Gutierrez
Chief U.S. District Judge

NOTICE OF DISMISSAL WITH PREJUDICE
CASE NO. 5:23-CV-03928-BLF

1